CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA

MAR 05 2013

JULIA , CLERK
BY: 
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| JAMES RANDOLPH INGRAM, JR., | CASE NO. 7:13CV00058 |
| Petitioner, | |
| v. | FINAL ORDER |
| HAROLD CLARK, et al., | By: Glen E. Conrad |
| | Chief United States District Judge |
| Respondents. | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED** as untimely filed, and this action is stricken from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER:** This 5th day of March, 2013.

_____
Chief United States District Judge